SEND
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-7889 PA (PJWx) | Date | December 19, 2008 |
|---|---|---|---|
| Title | Lyle Wroan, et al. v. Barclays Capital Real Estate, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS - COURT ORDER

On December 11, 2008, the Court issued an order provisionally remanding this action to the Los Angeles Superior Court as a result of procedural defects in the Notice of Removal. In its December 11, 2008 order, the Court stayed the order remanding the action to provide plaintiffs with an opportunity to waive the procedural defects. Specifically, plaintiffs were directed to inform the Court in writing by December 18, 2008, if they waived the procedural defects in the Notice of Removal. To date, despite the passage of the deadline set by the Court, plaintiffs have not waived the procedural defects. Accordingly, for the reasons stated in the December 11, 2008 order, this action is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.